UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ROBERTO ESPINOZA COSIO,<br>Defendant. | Case No. 26-cr-2386-DMS<br>~~26mj03145~~<br>**I N F O R M A T I O N**<br>Title 18, U.S.C., Secs. 922(a)(1)(A), 923(a), and 924(a)(1)(D) - Engaging in the Business of Dealing Firearms Without a License (Felony); Title 18, U.S.C., Sec. 922(g)(1) - Felon in Possession of a Firearm (Felony); Title 21, U.S.C., Sec. 841(a)(1) - Possession of Methamphetamine with Intent to Distribute (Felony) |

The United States Attorney charges:

Count 1

Beginning no later than September 4, 2024, and continuing through May 26, 2026, within the Southern District of California, defendant ROBERTO ESPINOZA COSIO, while not licensed as an importer, manufacturer, or dealer of firearms, willfully engaged in the business of dealing in firearms; all in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

Count 2

On or about September 4, 2024, within the Southern District of California, defendant ROBERTO ESPINOZA COSIO, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding

one year, did knowingly possess firearms that traveled in and affected interstate commerce; in violation of Title 18, United States Code, Section 922(g)(1).

Count 3

On or about May 2, 2025, within the Southern District of California, defendant ROBERTO ESPINOZA COSIO, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms that traveled in and affected interstate commerce; in violation of Title 18, United States Code, Section 922(g)(1).

Count 4

On or about May 2, 2025, within the Southern District of California, defendant ROBERTO ESPINOZA COSIO did knowingly and intentionally possess with the intent to distribute 50 grams and more of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(l).

Count 5

On or about May 30, 2025, within the Southern District of California, defendant ROBERTO ESPINOZA COSIO did knowingly and intentionally possess with the intent to distribute 50 grams and more of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(l).

Count 6

On or about May 26, 2026, within the Southern District of California, defendant ROBERTO ESPINOZA COSIO, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected

interstate commerce; in violation of Title 18, United States Code, Section 922(g)(1).

DATED: June 17, 2026.

ADAM GORDON
United States Attorney

JAMES REDD
Assistant U.S. Attorney